IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MADONNA WHITUS,

   Petitioner,

    v.

WARDEN SUE MEAKINS
Pulaski State Prison,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-1946-TWT

**ORDER**

This is a pro se habeas corpus action by a state prisoner. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for failure to comply with the one year limitations period of 28 U. S. C. § 2244(d)(1). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be issued.

SO ORDERED, this 21 day of May, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\17\Whitus\r&r.wpd